UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
CRESTWOOD CAPITAL MANAGEMENT, L.P.,      :   20cv00463(DLC)
                                         :
                      Plaintiff,         :   ORDER
          -v-                            :
                                         :
JOHN CHEBAT a/k/a JIMMY CHEBAT; DEBT     :
DIRECT PORTFOLIO MANAGEMENT, LLC f/k/a   :
CHEBAT PORTFOLIO MANAGEMENT, LLC; THE    :
GREAT ATLANTIC GROUP, LLC; LEGAL DEBT    :
PROCESSING SERVICES, LLC; and RED        :
CEDAR ASSOCIATES,                        :
                      Defendants.        :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the in-person conference scheduled for Friday, March 13 at 3:00 p.m. will be held telephonically. Counsel for the plaintiff shall have all parties on the line and call chambers at 212-805-0202. Principal trial counsel must participate in the telephone conference.

Dated:    New York, New York
          March 10, 2020

                                  _____
                                          DENISE COTE
                                  United States District Judge