```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
CRESTWOOD CAPITAL MANAGEMENT, L.P.,     :
                                        :
                    Plaintiff,          :   20cv463 (DLC)
        -v-                             :
                                        :          ORDER
JOHN CHEBAT a/k/a JIMMY CHEBAT; DEBT    :
DIRECT PORTFOLIO MANAGEMENT, LLC f/k/a  :
CHEBAT PORTFOLIO MANAGEMENT, LLC; THE   :
GREAT ATLANTIC GROUP, LLC; LEGAL DEBT   :
PROCESSING SERVICES, LLC; and RED       :
CEDAR ASSOCIATES,                       :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On April 9, 2020, and the following day, the parties sent emails to the chambers inbox regarding the schedule in this case. It is hereby

ORDERED that any application for a change to the schedule in this case must be filed on ECF. The April 9 and 10 emails will be disregarded.

Dated:   New York, New York
         April 10, 2020

                              _____
                                     DENISE COTE
                              United States District Judge