```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
CRESTWOOD CAPITAL MANAGEMENT, L.P.,      :
                                         :
                           Plaintiff,    :   20cv463 (DLC)
            -v-                          :
                                         :       ORDER
JOHN CHEBAT a/k/a JIMMY CHEBAT; DEBT     :
DIRECT PORTFOLIO MANAGEMENT, LLC f/k/a   :
CHEBAT PORTFOLIO MANAGEMENT, LLC; THE    :
GREAT ATLANTIC GROUP, LLC; LEGAL DEBT    :
PROCESSING SERVICES, LLC; and RED        :
CEDAR ASSOCIATES,                        :
                                         :
                           Defendants.   :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

This action for trademark infringement was filed on January 17, 2020. On April 30, the parties filed a proposed consent injunction that would prohibit the defendants from using the plaintiff's marks. That injunction was so-ordered by the Court on May 1. On May 6, the Clerk of Court closed this case. Accordingly, it is hereby

ORDERED that any application to reopen this case must be made by **May 15, 2020.**

Dated:   New York, New York
         May 8, 2020

_____
DENISE COTE
United States District Judge