```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
CRESTWOOD CAPITAL MANAGEMENT, L.P.,       :
                                          :
                    Plaintiff,            :     20cv463 (DLC)
          -v-                             :
                                          :           ORDER
JIMMY CHEBAT; DEBT DIRECT PORTFOLIO       :
MANAGEMENT, LLC f/k/a CHEBAT PORTFOLIO    :
MANAGEMENT, LLC; THE GREAT ATLANTIC       :
GROUP, LLC; LEGAL DEBT PROCESSING         :
SERVICES, LLC; and RED CEDAR              :
ASSOCIATES,                               :
                                          :
                    Defendants.           :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

   This action for trademark infringement was filed on January 17, 2020.  On April 3, defendants answered the complaint.  On April 27, plaintiff filed an amended complaint terminating defendant John Chebat from the case.  As of May 18, defendants had not answered the amended complaint, and plaintiff received a clerk's certificate of default.  On May 20, plaintiff moved for a default judgment.  The same day, defendants answered the amended complaint.  Accordingly, it is hereby

   ORDERED that plaintiff's May 20 motion for a default judgment is denied.

   IT IS FURTHER ORDERED that defense counsel is reminded of his obligation to diligently comply with the Federal Rules of Civil Procedure and this Court's scheduling orders.  Further

failures to abide by those rules and orders may result in the imposition of sanctions.

Dated:   New York, New York
         May 22, 2020

```
                    _____
                           DENISE COTE
                    United States District Judge
```