**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                                               :

**CRESTWOOD CAPITAL MANAGEMENT, L.P.,**    :

                                               :

                           Plaintiff,        :       Case No. 20-cv-00463

                                               :

                     - against -        :

                                               :

**JIMMY CHEBAT; DEBT DIRECT PORTFOLIO**    :
**MANAGEMENT, LLC f/k/a CHEBAT PORTFOLIO**  :
**MANAGEMENT, LLC; THE GREAT ATLANTIC**   :
**GROUP, LLC; LEGAL DEBT PROCESSING**     :
**SERVICES, LLC; and RED CEDAR ASSOCIATES**  :
**LLC,**                                             :

                                               :

                           Defendants.     :

                                               :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### [PROPOSED] FINAL JUDGMENT ON CONSENT

Plaintiff Crestwood Capital Management, L.P. (the "Plaintiff"), having filed a Complaint

on January 17, 2020 (Dkt. 1) against Jimmy Chebat, Debt Direct Portfolio Management, LLC f/k/a

Chebat Portfolio Management, LLC, the Great Atlantic Group, LLC, Legal Debt Processing

Services, LLC and Red Cedar Associates LLC (collectively, the "Defendants") asserting claims

for trademark infringement, unfair competition and dilution under the Lanham Act, 15 U.S.C. §

1051 *et seq.*, false and misleading representations under the Fair Debt Collections Practice Act, 15

U.S.C. § 1692e, together with claims under New York State statutory law; and Defendants having

filed an Answer on April 3, 2020 (Dkt. 36); and Plaintiff having filed an Amended Complaint on

April 27, 2020 (Dkt. 40); and Defendant Red Cedar Associates having admitted to using the

assumed name "Crestwood Capital" in interstate commerce through and including October 31,

2019, and previously representing through counsel on that date that their use of the assumed name

had ceased; and Defendants' counsel having represented again during the initial pre-trial

teleconference held on March 13, 2020 before the Honorable Denise L. Cote, that Defendant Red Cedar Associates had ceased using the assumed name and that no other Defendant herein has ever used such name; and the parties having entered into a Stipulated Consent Permanent Injunction on April 30, 2020, which was so-ordered on May 1, 2020 (Dkt. 42); and the Defendants having filed an Amended Answer on May 20, 2020 (Dkt. 58); and the parties having agreed upon a resolution of this matter prior to a trial on the merits without any admission of liability, and having entered into a settlement agreement on November 17, 2020 providing for the entry of a Final Judgment on Consent; and for good cause shown;

**IT IS ORDERED, ADJUDGED AND DECREED THAT:**

1.      This Court has jurisdiction over the parties, the signatories hereto and the subject matter of this action.

2.      Defendants, together with their officers, managers, agents, servants, affiliates, employees, subsidiaries, heirs, successors and assigns, and representatives thereof, and all other persons, firms or companies in active concert or participation with them or any of them, now or in the future, shall be and are hereby permanently enjoined and restrained from engaging in any use of Plaintiff's registered service marks and any confusingly similar derivation thereof, including "Crestwood," "Crestwood Capital," and "Crestwood Capital Management," in connection with the operation of any business; and

3.      Plaintiff's claims are dismissed with prejudice.

4.      The Stipulated Consent Permanent Injunction (Dkt. 42) remains in full force and effect, and this Court maintains jurisdiction to enforce the Stipulated Consent Permanent Injunction ~~and this Final Judgment on Consent~~. The case is otherwise terminated.

5.      This Final Judgment on Consent may be signed in counterparts and may be obtained and exchanged by electronic mail.

Dated: New York, New York
        November 18, 2020


KLEINBERG, KAPLAN, WOLFF, &          PELTAN LAW, PLLC
COHEN, P.C.


By:   /s/ Joshua K. Bromberg            By:  /s/ David Peltan
      Joshua K. Bromberg                     David Peltan
      Pamela A. Frederick                    128 Church Street
      500 Fifth Avenue                       East Aurora, New York 14052
      New York, New York 10110

                                        *Attorneys for Defendants Jimmy Chebat,
      *Attorneys for Plaintiff Crestwood*      *Debt Direct Portfolio Management, LLC*
      *Capital Management, L.P.*               *f/k/a Chebat Portfolio Management, LLC,*
                                        *the Great Atlantic Group, LLC, Legal*
                                        *Debt Processing Services, LLC and Red*
                                        *Cedar Associates LLC*


**IT IS SO ORDERED.**


Dated:   November 23, 2020
      _____

                                        _____
                                                DENISE COTE
                                        United States District Judge

3